**UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| RAYMOND STINDE )<br>    Plaintiff, )<br>v. )<br>)<br>JOSHUA SCHOENBECK, *et al.* )<br>    Defendants. )<br>) | Case No. 3:19-cv-01140-MAB |

**JOINT STATUS REPORT**

Plaintiff, Raymond Stinde ("Plaintiff") and Defendants Joshua Schoenbeck and Marivon T. Ampier (together "Defendants") respectfully submit this Joint Status Report.

**1. Settlement Agreement**

The draft of the Settlement Agreement has been agreed to by the Parties' counsel in principle, but is still in process of reviewing by Plaintiff.

Per D.I. 99, the Parties are contemporaneously filing a Motion to Postpone Dismissal.

The parties additionally suggest submitting an updated Joint Status Report to the Court on May 20, 2023, and thank the Court for its assistance in this matter.

Dated: March 21, 2023

12002282-3

<table>
<tr><td>

*s/Scott Ahmad*
Scott Ahmad
Brian L. O'Gara
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600

</td><td>

*s/ Erica Szewczyk*
Erica Szewczyk
Assistant Attorney General
201 West Pointe Dr. Suite 7
Swansea, IL 62226
(618) 236-8616

*Attorney for Defendants Joshua Schoenbeck and Marivon T. Ampier*

</td></tr>
</table>

Emily Kath
WINSTON & STRAWN LLP
1901 L Street NW
Washington, D.C. 20036
(202) 282-5000

*Attorneys for Plaintiff
Raymond Stinde*