IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RAYMOND STINDE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:19-CV-1140-MAB[1] |
| | ) |
| JOSHUA SCHOENBECK, ET AL., | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated January 20, 2023 (Doc. 99), which reflects that all claims have been settled or otherwise resolved, this action is **DISMISSED with prejudice**, each party to bear their own costs, unless otherwise provided in the settlement documents.

DATED: August 4, 2023

>　　　　　　　　　　　MONICA A. STUMP,
>　　　　　　　　　　　Clerk of Court
>
>　　　　　　　　　　BY:  /s/ Jennifer Jones
>　　　　　　　　　　　　Deputy Clerk

APPROVED:  /s/ Mark A. Beatty
　　　　　　 **MARK A. BEATTY**
　　　　　　 **United States Magistrate Judge**

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c) (*see* Doc. 25).